JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
Hongya ZHANG

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

Hongya ZHANG

          Plaintiff

vs.

MICHAEL CHERTOFF, Secretary of the
Department of Homeland Security;
ROBERT S. MUELLER, Director of Federal
Bureau of Investigation

          Defendants.

Case No.: C 07 3644 MJJ

**COMPLAINT FOR WRIT IN THE NATURE OF MANDAMUS**

"Immigration Case"

     Plaintiff Hongya ZHANG, by and through his undersigned attorney, sues Defendants and states as follows:

1.     This action is brought against the Defendants to compel action on the Application to Adjust to Permanent Resident Status, or Form I-485, by Plaintiff Hongya ZHANG, based on his asylee status, properly filed by the Plaintiff. The I-485 application remains within the jurisdiction of the Defendants, who have improperly withheld action on said application to Plaintiff's detriments.

## PARTIES

2.     Plaintiff Hongya ZHANG is a native and citizen of the People's Republic of China. His Form I-485, Application to Register Permanent Resident or Adjust Status, was received by the U.S.C.I.S. on August 5, 2003 (**Exhibit 1: Notices of Receipt**) and is seeking to become lawful permanent resident of the United States based on his asylee status.

3.     Defendant Michael Chertoff is the Secretary of the Department of Homeland Security (DHS), and this action is brought against him in his official capacity. He is generally charged with enforcement of the Immigration and Nationality Act, and is further authorized to delegate

1  such powers and authority to subordinate employees of the DHS 8 U.S.C. 1103(a); 8 C.F.R. 2.1.

2  4.   Defendant Robert S. Mueller, III, is Director of the Federal Bureau of Investigations (FBI), the law enforcement agency that conducts security clearances for other U.S. government agencies, such as the Department of State. As will be shown, Defendant has failed to complete the security clearances on Plaintiff's case.

## JURISDICTION

5.   Jurisdiction in this case is proper under 28 USC §§1331 and 1361, 5 USC §701 *et seq.*, and 28 USC §2201 *et seq.* Relief is requested pursuant to said statutes.

## VENUE

6.   Venue is proper in this court, pursuant to 28 USC §1391(e), in that this is an action against officers and agencies of the United States in their official capacities, brought in the District where the Plaintiff reside if no real property is involved in the action.

## EXHAUSTION OF REMEDIES

7.   Plaintiff has exhausted his administrative remedies.

## CAUSE OF ACTION

8.   Plaintiff Hongya ZHANG is a native and citizen of the People's Republic of China. His Form I-485, Application to Register Permanent Resident or Adjust Status, filed at the same time with the Form I-485 by his wife, Rong Zhu, was received by the U.S.C.I.S. on August 5, 2003 (**Exhibit 1: Notices of Receipt**). While Rong Zhu's I-485 was approved on March 28, 2006, Plaintiff Hongya ZHANG's application remains pending.

9.   According to the Service Center processing dates, the USCIS Nebraska Service Center is currently processing I-485 asylee adjustment application filed on January 1, 2006 (**Exhibit 2: Copy of NSC Processing Dates Posted on June 18, 2007**). Plaintiff Hongya ZHANG's I-485 application has now remained pending for almost four years from the date of the filing.

10.  Defendants' refusal to act in this case is, as a matter of law, arbitrary and not in accordance with the law. Defendants unreasonably have delayed in and have refused to adjudicate Plaintiff's I-485 application for almost four years from the date of filing, thereby depriving Plaintiff of the rights to the decision on his application and the peace of mind to which Plaintiff is entitled.

11. Plaintiff has been damaged by the failure of Defendants to act in accord with their duties under the law.

    (a) Plaintiff Hongya ZHANG has been damaged by simply being deprived of the adjudication of his Application to Adjust to Permanent Resident Status for almost four years. Plaintiff has also been unable to plan any foreign travel or pursue a future course of action in the United States due to the pendency of his I-485 application.

12. The Defendants, in violation of the Administrative Procedures Act and Mandamus Act, 5 USC §701 *et seq.*, are unlawfully withholding or unreasonably delaying action on Plaintiff's I-485 application and have failed to carry out the adjudicative functions delegated to them by law with regard to Plaintiff's case.

## PRAYER

13. WHEREFORE, in view of the arguments and authority noted herein, Plaintiff respectfully prays that the Defendants be cited to appear herein and that, upon due consideration, the Court enter an order:

    (a) requiring Defendants to expeditiously complete Plaintiff Hongya ZHANG's FBI Security Check for his I-485 application, if security check is the only reason for the delay;

    (b) requiring Defendants to expeditiously process Plaintiff's I-485 Application to conclusion;

    (c) awarding Plaintiff reasonable attorney's fees under the Equal Access to Justice Act; and

    (d) granting such other relief at law and in equity as justice may require.

Dated: July 13, 2007

Respectfully submitted,

Justin X. WANG, Esq.
Attorney for Plaintiff

---

Case No.:
PLAINTIFFS' ORIGINAL COMPLAINT

F:\LING\Mandamus\485 Asylum Based\ZHANG Hongya\Complaint.wpd

**CERTIFICATION OF INTERESTED ENTITIES OR PERSON**

Pursuant to Civil L.R. 3-16, the undersigned certifies that as of this date, other than the named parties, there is no such interest to report.

Dated:    July 13, 2007                                    Respectfully submitted,

                                                           Justin X. WANG, Esq.
                                                           Attorney for Plaintiff

## LIST OF ATTACHMENTS

| Exhibit | Description |
| --- | --- |
| 1 | Notices of Receipt |
| 2 | Copy of NSC Processing Dates Posted on June 18, 2007 |

EXHIBIT 1

# UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-237-52842 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT<br>RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>August 5, 2003 | PRIORITY DATE | APPLICANT  A79 586 552<br>ZHANG, HONGYA |
| NOTICE DATE<br>August 5, 2003 | PAGE<br>1 of 1 | |

| RAQUEL BROWN<br>CATHOLIC CHARITIES OF SAN JOSE<br>2625 ZANKER ROAD STE 201<br>SAN JOSE CA 95134 | Notice Type:  Receipt Notice<br><br>Amount received: $ 305.00<br><br>Section: Asylee adjustment |
|---|---|

The above application or petition has been received. It usually takes 580 to 610 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 09/07/93) N

# THE UNITED STATES OF AMERICA

| RECEIPT NUMBER<br>LIN-03-237-52787 | | CASE TYPE I485 APPLICATION TO ADJUST TO PERMANENT RESIDENT STATUS |
|---|---|---|
| RECEIVED DATE<br>August 5, 2003 | PRIORITY DATE | APPLICANT A79 586 426<br>ZHU, RONG |
| NOTICE DATE<br>August 5, 2003 | PAGE<br>1 of 1 | |

| RAQUEL BROWN<br>CATHOLIC CHARITITES OF SAN JOSE<br>2625 ZANKER ROAD STE 201<br>SAN JOSE CA 95134 | Notice Type: Receipt Notice<br><br>Amount received: $ 305.00<br><br>Section: Asylee adjustment |
|---|---|

The above application or petition has been received. It usually takes 580 to 610 days from the date of this receipt for us to process this type of case. Please notify us immediately if any of the above information is incorrect.

We will send you a written notice as soon as we make a decision on this case. You can also use the phone number 800-375-5283 to obtain case status information direct from our automated system 24 hours a day with a touch-tone phone and the receipt number for this case (at the top of this notice).

If you have other questions about possible immigration benefits and services, filing information, or Immigration and Naturalization Service forms, please call the INS National Customer Service Center (NCSC) at 1-800-375-5283. If you are hearing impaired, please call our TDD at 1-800-767-1833.

You can also visit the INS on the internet at www.ins.gov. On our web site you can get-up-to-date case status information on your case and find valuable information about immigration services and benefits.

Please see the additional information on the back. You will be notified separately about any other cases you filed.
NEBRASKA SERVICE CENTER
U. S. IMMIG. & NATZ. SERVICE
P.O. BOX 82521
LINCOLN NE 68501-2521
Customer Service Telephone: 800-375-5283



Form I-797C (Rev. 09/07/93) N



EXHIBIT 2

<caption>
</caption>

U.S Citizenship and Immigration Services - Case Status Service Online    Page 1 of 4
Case 3:07-cv-03644-MJJ    Document 1    Filed 07/16/2007    Page 10 of 13

Home   Contact Us   Site Map   FAQ

Search 

Advanced Search



| Services & Benefits | Immigration Forms | Laws & Regulations | About USCIS | Education & Resources | Press Room |

Print This Page          Back

# U.S. Citizenship and Immigration Services
## Nebraska Service Center Service Center Processing Dates
### Posted June 18, 2007

**Notice**: U.S. Citizenship and Immigration Services (USCIS) has improved the reporting procedure for processing times of immigration benefit applications. In the past, USCIS benefit processing reports indicated the specific type of applications or petitions that were being processed and the date the cases were received. However, the date the case was received did not provide a clear indication of when USCIS expected to complete the case, nor did it provide a clear indication of USCIS' commitment to process cases within a certain cycle time. It also did not align with the processing times and cycle times the agency reports in other contexts.

This improved reporting procedure is an effort to give our customers more accurate information that better reflects current processing time and USCIS service level commitments. Effective immediately, when we are completing applications and petitions within our service level goals we will report that as the processing time. For example, when our service level goal is to process a particular kind of case within six months, and if our processing time is six months or less, we will show a date consistent with our service level goal because that reflects our commitment.

When we are not meeting our service level goal, the date posted will reflect the filing date of cases that are being completed. It should be noted that while in some instances reported processing dates may appear to have regressed due to this change, they do not reflect a lengthening of USCIS processing times, but simply the change in reporting. Our goal is to provide accurate projections and thus give customers clear expectations as to what they can expect as a processing time.

**There are several important exceptions to the processing times shown below:**

- Case processing will be delayed if we must ask you for more evidence or information. If we ask for missing required initial evidence, count the processing time from when we receive that missing evidence.
- The case processing timeframe will start over if a customer doesn't appear for an interview or asks that it be rescheduled.

**What if I have a problem or have questions about a case?**

We offer a variety of services after you file. For example, for most kinds of cases you can check the status of your case online.

For more information about when and how to contact us, whether your case is outside our processing time or if there are other issues, please see our fact sheet –

Case Services - How do I... know what kind of services are available to me after I file my application or petition?

One additional point about these projections. They are the time to complete processing and mail the actual notice and/or document. If you check case status online and see that your case has been approved, and you haven't yet received your approval notice or document in the mail, we ask that you wait thirty days from the approval date before contacting us. That is because it may take that long before it is returned to us as undeliverable. You can also print the case status online answer

for your records.

Service Center Processing Dates for **Nebraska Service Center** Posted June 18, 2007

| Form | Title | Classification or Basis for Filing | Now Processing Cases with Receipt Notice Date of |
|---|---|---|---|
| I-90 | Application to Replace Permanent Resident Card | Initial issuance or replacement | November 06, 2006 |
| I-90 | Application to Replace Permanent Resident Card | 10-year renewal | September 11, 2005 |
| I-90A | Application to Replace Permanent Resident Card | Initial issuance or replacement for Special Agricultral Workers (SAW) | September 14, 2006 |
| I-102 | Application for Replacement/Initial Nonimmigrant Arrival/Departure Record | Initial issuance or replacement of a Form I-94 | March 15, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Visa to be issued abroad | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Change of status in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-1B - Specialty occupation - Extension of stay in the U.S. | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | H-2A - Temporary workers | May 31, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-2B - Other temporary workers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | H-3 - Temporary trainees | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | L - Intracompany transfers | May 16, 2007 |
| I-129 | Petition for A Nonimmigrant Worker | Blanket L | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | O - Extraordinary ability | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | P - Athletes, artists, and entertainers | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | Q - Cultural exchange visitors and exchange visitors participating in the Irish Peace process | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | R - Religious occupation | May 15, 2006 |
| I-129 | Petition for A Nonimmigrant Worker | TN - North American Free Trade Agreement (NAFTA) professional | May 15, 2006 |
| I-131 | Application for Travel Document | Permanent resident applying for a re-entry permit | February 12, 2007 |
| I-131 | Application for Travel Document | Refugee or aslyee applying for a refugee travel document | February 12, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) principal applying for advance parole | March 15, 2007 |
| I-131 | Application for Travel Document | Haitian Refugee Immigrant Fairness Act (HRIFA) dependent applying for advance parole | September 14, 2006 |
| I-131 | Application for Travel Document | All other applicants for advance parole | March 15, 2007 |
| I-140 | Immigrant Petition for Alien Worker | Extraordinary ability | September 20, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Outstanding professor or researcher | November 24, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Multinational executive or manager | August 17, 2006 |

| | | | |
|---|---|---|---|
| I-140 | Immigrant Petition for Alien Worker | Schedule A Nurses | August 28, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability | September 05, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Advanced degree or exceptional ability requesting a National Interest Waiver | July 25, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Skilled worker or professional | October 03, 2006 |
| I-140 | Immigrant Petition for Alien Worker | Unskilled worker | October 20, 2006 |
| I-212 | Application for Permission to Reapply for Admission into the U.S. After Deportation or Removal | Readmission after deportation or removal | June 25, 2006 |
| I-360 | Petition for Amerasian, Widow(er), or Special Immigrant | All other special immigrants | December 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Employment-based adjustment applications | September 26, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on grant of asylum more than 1 year ago | January 01, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Based on refugee admission more than 1 year ago | September 26, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Haitian Refugee Immigrant Fairness Act (HRIFA) | December 14, 2006 |
| I-485 | Application to Register Permanent Residence or to Adjust Status | Under the Indochinese Adjustment Act | August 19, 2006 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change of status to H or L dependents | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change status to the F or M academic or vocational student categories | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Change Status to the J exchange visitor category | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other change of status applications | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of stay for H and L dependents | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for F or M academic or vocational students | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | Extension of Stay for J exchange visitors | March 03, 2007 |
| I-539 | Application to Extend/Change Nonimmigrant Status | All other extension applications | March 03, 2007 |
| I-612 | Application for Waiver of the Foreign Residence Requirement | Application for a waiver of the 2-year foreign residence requirement based on exceptional hardship or persecution | December 10, 2006 |
| I-730 | Refugee/Asylee Relative Petition | Petition for accompanying family members of a refugee or an asylee | July 01, 2006 |
| I-751 | Petition to Remove the Conditions on Residence | Removal of lawful permanent resident conditions (spouses of U.S. citizens and lawful permanent residents | October 13, 2006 |
| I-765 | Application for Employment Authorization | Based on an approved asylum application [(a)(5)] | May 17, 2007 |

| I-765 | Application for Employment Authorization | Based on a request by a qualified F-1 academic student. [(c)(3)] | March 29, 2007 |
|---|---|---|---|
| I-765 | Application for Employment Authorization | Based on a pending asylum application [(c)(8)] | May 17, 2007 |
| I-765 | Application for Employment Authorization | Based on a pending I-485 adjustment application [(c)(9)] | March 26, 2007 |
| I-765 | Application for Employment Authorization | All other applications for employment authorization | March 23, 2007 |
| I-817 | Application for Family Unity Benefits | Voluntary departure under the family unity program | December 14, 2006 |
| I-824 | Application for Action on an Approved Application or Petition | To request further action on an approved application or petition | November 22, 2006 |

Print This Page    Back