JUSTIN X. WANG (CSB #166183)
**BAUGHMAN & WANG**
111 Pine Street, Suite 1350
San Francisco, California 94111
Telephone: (415) 576-9923
Facsimile: (415) 576-9929

Attorney for Plaintiff
HONGYA ZHANG

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HONGYA ZHANG | No.: **C 07-3644 MJJ** |
| Plaintiff(s), | **NOTICE OF VOLUNTARY DISMISSAL** |
| v. | |
| MICHAEL CHERTOFF, Secretary of the Department of Homeland Security; ROBERT S. MUELLER, Director of Federal Bureau of Investigation | |
| Defendants. | "Immigration Case" |

NOTICE IS HEREBY GIVE that pursuant to Fed.R.Civ.Pro.41(a), plaintiffs voluntarily dismiss that above-captioned action without prejudice.

Date: September 6, 2007                    Respectfully Submitted,

                                                            /s/ Justin X. Wang
                                                            Justin X. Wang, Esq.
                                                            Attorney for Plaintiff

---

Case No.: C 07-3644 MJJ
PLAINTIFFS' ORIGINAL COMPLAINT                    F:\LING\Mandamus\485 Asylum Based\ZHANG Hongya\voluntary dismissal.wpd